# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULTON MORRIS, | 1:05-CV-00165-REC-SMS-P |
|     Plaintiff, | |
| v. | ORDER DISREGARDING "MOTION FOR LODGMENT OF EXHIBITS" (Doc. 9.) |
| NASH, et. al., | |
|     Defendants. | |

Paulton Morris ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 31, 2005, plaintiff filed a pleading titled "Motion for Lodgement of Exhibits (B)B21 B, 22." It appears from this that plaintiff wishes the Court to attach certain exhibits to the complaint.

As provided in the Informational Order issued at the filing of this case, the Court maintains court documents in electronic form. Thus, the Court cannot simply attach certain exhibits to any particular filing when asked by a party. Further, even were the Court able to, it would decline to do so. In order to maintain an accurate record it is important that every pleading submitted to the Court be maintained according to the date it was filed. Should plaintiff wish the Court to have review the exhibits when reviewing the Complaint, he may choose to file an Amended Complaint. Pursuant to Rule 14(a) of the Federal Rules of Civil Procedure, a plaintiff may amend his complaint **once** "as a matter of course," and without leave of Court,

1 before a response has been filed.  Fed.R.Civ.P. 15(a);  <u>Bonn v. Calderon</u>, 59 F.3d 815, 845 (9th
2 Cir. 1995).  Leave of Court is required for all other amendments.  Rule Civ. P. 15(a).
3        In this case, no responsive pleading has been filed by the opposing party as the Court has
4 not yet had the opportunity to screen the complaint under Title 28 U.S.C. § 1915A(a).   Thus,
5 plaintiff may file an Amended Complaint should he choose to.  Plaintiff is forewarned, however,
6 that Local Rule 15-220 requires that an amended complaint be *complete in itself* without
7 reference to any prior pleading.  As a general rule, an amended complaint supersedes the original
8 complaint.  <u>See</u> <u>Loux v.  Rhay</u>, 375 F.2d 55, 57 (9th Cir.  1967).  Once an amended complaint is
9 filed, the original complaint no longer serves any function in the case.  Therefore, in an amended
10 complaint, as in an original complaint, each claim and the involvement of each defendant must
11 be sufficiently alleged.  The amended complaint should be clearly and boldly titled "AMENDED
12 COMPLAINT," reference the appropriate case number, and be an original signed under penalty
13 of perjury.
14        Accordingly, plaintiff's "Motion for Lodgement" is DISREGARDED.

16 IT IS SO ORDERED.
17 **Dated:   April 25, 2005**                    **/s/ Sandra M. Snyder**
   icido3                                         UNITED STATES MAGISTRATE JUDGE