UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULTON MORRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>NASH, et al.,<br><br>    Defendants. | 1:05-CV-00165-REC-SMS-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br>(Doc. 15)<br><br>ORDER FOR CLERK TO SEND COPY OF COMPLAINT TO PLAINTIFF<br>(Doc. 1) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 7, 2006, plaintiff filed a motion for an extension of time to file an amended complaint, pursuant to the court's order of May 23, 2006. Plaintiff also requested a copy of his original complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of May 23, 2006; and

2. The Clerk of Court is directed to send to plaintiff a copy of his complaint which was filed on February 7, 2005.

IT IS SO ORDERED.

**Dated:**   **December 18, 2006**          /s/ Sandra M. Snyder
b6edp0                                                       UNITED STATES MAGISTRATE JUDGE