UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS PAULTON,<br><br>          Plaintiff,<br><br>vs.<br><br>NASH, et al.,<br><br>          Defendants.<br>_____/ | 1:05-cv-00165-LJO-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 23)<br><br>**ORDER DISMISSING COMPLAINT/ ACTION** |

    Plaintiff, Morris Paulton ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 13, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  On April 27, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed April 13, 2007,
8  are ADOPTED IN FULL; and,
9  2.  The Complaint, and therefore this action, is DISMISSED
10  based on plaintiff's failure to obey the court's order of May 23,
11  2006.
12  IT IS SO ORDERED.
13  **Dated:   May 30, 2007**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE