# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS PAULTON,

    Plaintiff - Appellant,

v.

CORRECTIONAL OFFICER NASH,

    Defendant - Appellee.

No. 07-16466
D.C. No. CV-05-00165-LJO

**ORDER**

FILED
SEP 1 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: Sept 10, 2007